November 2, 2023

BY ECF
The Honorable Sarah L. Cave
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> The parties' request at ECF No. 22 is GRANTED. By **November 10, 2023**, the parties shall file their Report of Rule 26(f) Meeting and Proposed Case Management Plan.
>
> The Clerk of Court is respectfully directed to close ECF No. 22.
>
> SO ORDERED       11/3/2023
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *LJM Funds Management, Ltd. v. Wells Fargo Securities, LLC*, No. 1:23-cv-07115-LTS-SLC

Dear Judge Cave:

    Pursuant to the Court's October 27, 2023 Order, *see* ECF No. 14, the parties write jointly requesting a one-week extension to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan. The deadline is currently set for November 3, 2023. Dkt. 14. The parties are continuing to meet and confer in good faith and require additional time to discuss the contents of the Report of Rule 26(f) Conference and Proposed Case Management Plan. A one-week extension would permit the parties to submit a Report of Rule 26(f) Meeting and Proposed Case Management Plan one week prior to the initial case management conference, consistent with Paragraph II.A of Your Individual Practices.

    This is the parties' first request for an extension for the filing of the Report of Rule 26(f) Meeting and Proposed Case Management Plan.

    If the Court has any questions, we are available at the Court's convenience.