UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LJM FUNDS MANAGEMENT Ltd.,

                            Plaintiff,

        -v-

WELLS FARGO SECURITIES, LLC,

                            Defendant.

CIVIL ACTION NO. 23 Civ. 7115 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, December 13, 2023, the Court orders as follows:

1. Defendant's request for a stay of party discovery pending a resolution of Defendant's anticipated motion to dismiss the First Amended Complaint is DENIED.  As discussed at the initial case management conference (see ECF No. 33 ¶ 4) and reiterated at today's conference, the Court is mindful that Defendant's anticipated motion to dismiss the First Amended Complaint may necessitate reasonable modifications to Initial Case Management Plan and Scheduling Order.

2. A telephone status conference is scheduled for **Monday, February 26, 2024 at 10:00 am** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  By **February 21, 2024**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of discovery and raising any issues requiring the Court's attention.

Dated:      New York, New York
            December 13, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**